UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JOHNSON, | Case No.: C-11-04113-YGR |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH, | |
| Defendant(s). | |

The Court hereby re-sets the following trial and pretrial dates as previously ordered:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR for Mediation to occur by: | February 27, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | August 10, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: June 29, 2012 |
| | Rebuttal: July 13, 2012 |
| EXPERT DISCOVERY CUTOFF: | August 10, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | September 25, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 5, 2012 |
| PRETRIAL CONFERENCE: | Friday, October 19, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, November 5, 2012, at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 5-7 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

February 9, 2012

_____
Y<small>VONNE</small> G<small>ONZÁLEZ</small> R<small>OGERS</small>
U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>

CC: ADR