**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME JOHNSON,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH,<br><br>     Defendant(s). | Case No.: 11-CV-04113 YGR<br><br>**ORDER DENYING MOTION TO AMEND PRETRIAL DEADLINES; OFFER TO REFER TO MAGISTRATE JUDGE** |

The Court understands that Defendants' recently assigned Counsel is unavailable for the currently scheduled trial date. On that basis, Defendants filed a Motion to Amend the Pretrial Order, requesting the Court move the start of trial from November 5, 2012 to December 10, 2012. Unfortunately, the Court does not have any available trial dates in December of 2012. The Court's next available trial date is not until August of 2013.

If Defendants would like a December trial date, the Court encourages Defendants to consent to the jurisdiction of a magistrate judge who can guarantee a December trial date. The parties should discuss this option with their clients, and then meet and confer regarding same and also to discuss the parties' availabilities for alternate trial dates. The Court will accept requests for assignment to a specific magistrate judge or magistrate judges.[1]

1) Within 14 days of the date of this Order the parties shall advise the Court whether they will consent to try this case before a magistrate judge if a magistrate judge can guarantee a specific trial date. If so, the parties should advise the Court of their available dates for trial. Additionally, the parties may provide a list of those magistrate judges to whom they will agree to consent. The Court will then advise the parties whether their choice of magistrate judge(s) can guarantee their trial date.

---

[1] Profiles can be found at http://cand.uscourts.gov/judges. The Court notes that Plaintiff previously filed a consent to proceed before Magistrate Judge Donna M. Ryu. *See* Dkt. No. 6.

2) If the parties do not agree to consent to a magistrate judge for trial, the Court will add this case to its June 4, 2012 Calendar for a Case Management Conference.

3) Defendants' Motion to Amend the Pretrial Order is **DENIED**.

4) This Order Terminates Docket Number 30.

**IT IS SO ORDERED.**

Date: May 9, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**