# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEROME JOHNSON** <br><br> Plaintiffs, <br><br> vs. <br><br> **CCSF DEPT. OF PUBLIC HEATH,** <br><br> Defendant. | **Case No.: C11-4113 YGR** <br><br> **ORDER** |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: June 6, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**