UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEROME JOHNSON** | Case No.: C11-4113 YGR |
| Plaintiffs, | ORDER |
| vs. | |
| **CCSF DEPT. OF PUBLIC HEATH,** | |
| Defendant. | |

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: June 6, 2012          _____

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**