# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEROME JOHNSON,** | **Case No.: 11-cv-4113 YGR (KAW)** |
| **Plaintiff,** | **ORDER** |
| vs. | |
| **CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,** | |
| **Defendant.** | |

This case has been assigned to the undersigned to decide all discovery disputes. Plaintiff is proceeding pro se. On July 6, 2012, defense counsel wrote a letter to the Court stating that he has been unable to meet and confer with Plaintiff because Plaintiff has not responded to emails or phone calls. Specifically, Plaintiff has not confirmed that he will attend depositions scheduled for July 16, 23, and 25. Defense counsel states that Plaintiff may have recently lost his home and is currently receiving psychiatric treatment.

Plaintiff is hereby ORDERED to call or email defense counsel by July 13, 2012. Plaintiff is further ORDERED to file a statement with the Court by July 20, 2012, confirming that he called or emailed defense counsel.

Defense counsel is ORDERED to send a copy of this order to Plaintiff at his email address by July 11, 2012.

///

///

1  Plaintiff is cautioned that it is his responsibility to keep his address and contact information
2 current with the Court.  Failing to do so, or failing to comply with this order, may result in a
3 recommendation that this case be dismissed for failure to prosecute.
4  It is so ORDERED.

6 **DATE: JULY 11, 2012**

_____
**KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE**