

| | |
|---|---|
| **Re: Johnson deposition phone conference** | |
| **Na'il Benjamin**   to: nbenjamin.sf.cao | 08/09/2012 05:44 PM |
| Cc: "ruth_hawley@cand.uscourts.gov" | |

| | |
|---|---|
| From: | Na'il Benjamin <Na'il.Benjamin@sfgov.org> |
| To: | nbenjamin.sf.cao@gmail.com |
| Cc: | "ruth_hawley@cand.uscourts.gov" <ruth_hawley@cand.uscourts.gov> |
| History: | This message has been forwarded. |

Ms. Hawley:

I was unable to complete the deposition today as of 5:10 this evening because the court reporter could not physically continue. According to the videographer, I have approximately 1 hour left within my 7 hours. And per my call with Judge Westmore, I may need to request additional time.

Mr. Johnson refuses to return for his deposition because he believes that I am on a "fishing expedition." He initially stipulated to additional time if it was needed.

I am on vacation tomorrow but will return early to complete this deposition. I would like to do that on Tuesday. Per my voicemail this evening, I can be available for a call with Judge Westmore tomorrow or Monday. But tomorrow, I will be at Lake Camanche and I expect poor cell phone service. If the Judge is available tomorrow then I will make it work.

I will check my email for a response but I cannot check my work voicemail remotely. My cell phone number is (510) 776-4333.

Thank you,

Na'il Benjamin

*****************************************

Na'il Benjamin
Deputy City Attorney
San Francisco City Attorney's Office
1390 Market Street, 5th Floor
San Francisco, CA  94102
phone:  (415) 554-4204
fax:  (415) 554-4248

na'il.benjamin@sfgov.org

| | |
|---|---|
| From: | Na'il Benjamin <nbenjamin.sf.cao@gmail.com> |
| To: | "ruth_hawley@cand.uscourts.gov" <ruth_hawley@cand.uscourts.gov> |
| Cc: | "Na'il.Benjamin@sfgov.org" <Na'il.Benjamin@sfgov.org> |
| Date: | 08/09/2012 12:20 PM |
| Subject: | Johnson deposition phone conference |

Ms. Hawley:

Per our call, please ask the Judge to call the conference room at (415) 554-4697.  I have confirmed that number and will expect the Judge's call at 1:30.

Best regards,

Na'il Benjamin
(510) 776-4333 (cell)
(sent from iPhone so please excuse typos)