**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JEROME JOHNSON,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,**<br><br>　　　　**Defendant.** | Case No.: 11-CV-04113 YGR<br><br>**ORDER VACATING HEARING** |

The Court has reviewed the papers submitted in connection with the parties' cross-motions for summary judgment and has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also, Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for September 25, 2012 is **VACATED** and the Court will issue a written decision on the papers.

Plaintiff never filed an official copy of his motion in the clerk's office, so it is not a part of the official record of this case. Therefore, the Court **ORDERS** Plaintiff to file his motion, including exhibits, in the clerk's office by no later than **September 25, 2012**.

**IT IS SO ORDERED**.

Date: September 18, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**