**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JEROME JOHNSON,** | **Case No.: 11-CV-04113 YGR** |
| **Plaintiff,** | **ORDER VACATING HEARING** |
| vs. | |
| **CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,** | |
| **Defendant.** | |

The Court has reviewed the papers submitted in connection with the parties' cross-motions for summary judgment and has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also,  Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing set for September 25, 2012 is **VACATED** and the Court will issue a written decision on the papers.

Plaintiff never filed an official copy of his motion in the clerk's office, so it is not a part of the official record of this case.  Therefore, the Court **ORDERS** Plaintiff to file his motion, including exhibits, in the clerk's office by no later than **September 25, 2012**.

**IT IS SO ORDERED**.

Date:September 18, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California