**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JEROME JOHNSON,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,**<br><br>    **Defendant.** | **Case No.: 11-CV-04113 YGR**<br><br>**JUDGMENT** |

The issues in this action having been duly considered and the Court having granted Defendant's Motion for Summary Judgment, it is **ORDERED, ADJUDGED AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE**.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff who shall take nothing by way of this action.

**IT IS SO ORDERED.**

Dated: October 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**